**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. MARSHALL FRUIT, Inc.**

No. 13161.

Circuit Court of Appeals, Eighth Circuit.

Oct. 8, 1945.

Malcolm F. Halliday, Associate. Gen. Counsel, Labor Relations Board, and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced upon stipulation of parties, and respondent ordered to cease and desist from doing certain things and to take certain affirmative action.

**NATIONAL LABOR RELATIONS BOARD, petitioner, v. N. Ben WEINER et al., a Copartnership, Doing Business as Marshall Produce Company.**

No. 13160.

Circuit Court of Appeals, Eighth Circuit.

Oct. 8, 1945.

Malcolm F. Halliday, Associate Gen. Counsel, and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced upon stipulation of parties, and respondents ordered to cease and desist from doing certain things and to take certain affirmative action.

**Samuel R. TOUCEY, Appellant, v. NEW YORK LIFE INSURANCE COMPANY.**

No. 13103.

Circuit Court of Appeals, Eighth Circuit.

Oct. 12, 1945.

Rehearing Denied Oct. 26, 1945.

Samuel R. Toucey, pro se.

Richard S. Righter and Rudolph Heitz, both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee. Motion of appellant for rehearing filed, and order entered denying motion of appellant for rehearing directed at order dismissing appeal.